UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RACHELLE SHARP,<br><br>                     Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE. Commissioner of Social Security,<br><br>                     Defendant. | Case No. 3:12-cv-05570-KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff's application to proceed *in forma pauperis* (ECF #1) is GRANTED. Plaintiff does not appear to have funds available to afford the $350.00 Court filing fee.

DATED this 2nd day of July, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1